IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01404-MSK-KLM

ADAM SWEENEY,

      Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC; and
DOES 1-10, inclusive,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Motion to Dismiss with Prejudice **(#14)** filed

September 24, 2010.  The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED**.  All claims asserted in the above-captioned

matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys'

fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 27th day of September, 2010.

BY THE COURT:

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge